# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARENCE K. WAGENAAR, AN INDIVIDUAL; KMI ZEOLITE, INC., A FOREIGN CORPORATION; AND HILLCREST INVESTMENTS, LTD., A FOREIGN CORPORATION,

Appellants,

vs.

CADENCE INDUSTRIES I, LLC, A DOMESTIC LIMITED LIABILITY COMPANY;

Respondent.

No. 75667

FILED

OCT 22 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Chief Judge, The Fifth Judicial District Court
Hon. Robert E. Estes, Senior Judge
Ara H. Shirinian, Settlement Judge
Marquis Aurbach Coffing
Nye County Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

18-41353